UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRIMBLE NAVIGATION LTD.,

    Plaintiff,

    v.

RHS, INC., et al.,

    Defendants.

_____/

No. C 03-1604 PJH

**ORDER DENYING PLAINTIFF'S REQUEST TO LIFT STAY**

Before this court is plaintiff Trimble's request to lift the stay currently in place on this case. Defendants have filed an opposition. Defendants are correct that the PTO's reexamination is not yet complete, because the reexamination certificate for U.S. Patent No. 5,987,383 has not been issued.

The request to lift the stay at this time is therefore DENIED. When the reexamination certification is issued and the reexamination is concluded, the stay will be lifted. At that time, plaintiff shall notify the court by motion for administrative relief or by stipulation of the parties with a copy of the certificate attached.

**IT IS SO ORDERED.**

Dated: July 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge