UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| TRIMBLE NAVIGATION LIMITED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RHS, INC., *et al.*,<br><br>　　　　Defendant. | Case No.  CV 03-01604 PJH<br><br>[~~PROPOSED~~] **STIPULATED ORDER ESTABLISHING DEADLINES FOR DISCOVERY AND COMPLIANCE WITH THE PATENT LOCAL RULES** |

Pursuant to the Case Management Conference conducted on September 7, 2006, and the Court's September 7, 2006 Civil Minutes (Dkt. No. 110), the Parties submit the following stipulated Order setting dates for the completion of fact discovery, expert discovery and compliance with the Patent L.R. 3 & 4:

| | |
|---|---|
| Trimble's Disclosure Of Asserted Claims, Preliminary Infringement Contentions And Document Production Pursuant To Patent L.R. 3-1 & 3-2 | October 4, 2006 |
| Defendants' Preliminary Invalidity Contentions And Document Production Pursuant To Patent L.R. 3-3 & 3-4 | November 20, 2006 |
| Parties Exchange Their Proposed Terms And Claim Elements For Construction Pursuant To Patent L.R. 4-1 | November 30, 2006 |
| Parties Exchange Their Preliminary Claim Constructions Pursuant To Patent L.R. 4-2 | December 15, 2006 |
| Joint Claim Construction And Prehearing Statement Due Pursuant To Patent L.R. 4-3 | January 10, 2007 |
| Claim Construction Discovery Complete | January 30, 2007 |

---

[Proposed] Stipulated Order Establishing
Deadlines For Discovery And Compliance
With The Patent Local Rules
Case No. CV 03-01604 PJH          -1-

| | |
|---|---|
| Trimble's Claim Construction Brief Due Pursuant To Patent L.R. 4-5(a) | February 9, 2007 |
| Defendants' Responsive Claim Construction Brief Due Pursuant To Patent L.R. 4-5(b) | February 28, 2007 |
| Trimble's Reply Brief On Claim Construction Due Pursuant To Patent L.R. 4-5(c) | March 6, 2007 |
| Fact Discovery Complete | March 23, 2007 |
| Opening Expert Reports Due By Burden Of Proof | April 20, 2007 |
| Rebuttal Expert Reports Due | May 1, 2007 |
| Dispositive Motion Cutoff | May 9, 2007 |
| Responses To Dispositive Motions | May 23, 2007 |
| Replies To Dispositive Motions | May 30, 2007 |
| Expert Discovery Complete | June 8, 2007 |
| Hearing For Dispositive Motions | June 13, 2007 |

DATE: September 19, 2006

/s/_____
William E. Pelton (*pro hac vice*)
Eric D. Kirsch (*pro hac vice*)
Paul Teng (*pro hac vice*)
COOPER & DUNHAM LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 278-0400

Attorneys for Plaintiff
TRIMBLE NAVIGATION LIMITED

/s/_____
Mark E. Brown, Esq.
Law Office of Mark Brown, LLC
4700 Belleview #210
Kansas City, MO  64112

Attorneys for Defendants
RHS, INC., CSI WIRELESS, INC.
& SATLOC LLC

**IT IS SO ORDERED.**

Dated: 9/21/06
_____
_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED
Judge Phyllis J. Hamilton*

_____
[Proposed] Stipulated Order Establishing
Deadlines For Discovery And Compliance
With The Patent Local Rules
Case No. CV 03-01604 PJH                    -2-