GERALD P. DODSON (BAR NO. 139602)
ERICA D. WILSON (BAR NO. 161386)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: GDodson@mofo.com

Attorneys for Defendants and Counterclaimants CSI WIRELESS INC. and SATLOC LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIMBLE NAVIGATION LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> RHS, INC., *et al.*, <br><br> Defendant. | Case No.   CV 03-01604 PJH <br><br> ORDER RE: <br> **SUBSTITUTION OF COUNSEL** |

    Defendants and Counterclaimants CSI Wireless Inc. and Satloc LLC hereby substitute Gerald P. Dodson and Erica D. Wilson of Morrison & Foerster LLP ("Morrison & Foerster"), 755 Page Mill Road, Palo Alto, California, 94304-1018, telephone number (650) 813-5600, facsimile number (650) 494-0792, email address GDodson@mofo.com, as attorneys of record in place of Robert A. Spanner, Trial & Technology Law Group, 545 Middlefield Road, Suite 220, Menlo Park, CA 94025, telephone number (650) 324-2223.

```
 1  Dated:    September 18, 2006          GERALD P. DODSON
                                          ERICA D. WILSON
 2                                        MORRISON & FOERSTER LLP

 3

 4                                        By:   /s/ Gerald P. Dodson
                                                Gerald P. Dodson
 5
                                          Attorneys for Defendants and CounterClaimants
 6                                        CSI WIRELESS INC. and SATLOC LLC

 7
     WE CONSENT TO THE ABOVE SUBSTITUTION.
 8

 9  Dated: September 27, 2006             Trial and Technology Law Group

10                                        By:   /s/ Robert A. Spanner
                                                Robert A. Spanner
11

12
    Dated: September 21, 2006             CSI WIRELESS INC.
13
                                          By: [signature]
14                                              Cameron Olson
                                                Chief Financial Officer
15

16
    Dated: September 21, 2006             SATLOC LLC
17
                                          By: [signature]
18                                              Cameron Olson
                                                Chief Financial Officer
19

20

21  **IT IS SO ORDERED.**

22  Dated:  September 29, 2006

23

24
    pa-1096316
25
```

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

1     I, Gerald P. Dodson, am the ECF User whose ID and password are being used to file this SUBSTITUTION OF COUNSEL. In compliance with General Order 45, X.B., I hereby attest that Robert A. Spanner has concurred in this filing.

Dated: September 27, 2006

GERALD P. DODSON
ERICA D. WILSON
MORRISON & FOERSTER LLP

By: /s/ Gerald P. Dodson
    Gerald P. Dodson

Attorneys for Defendants and CounterClaimants CSI WIRELESS INC. and SATLOC LLC

SUBSTITUTION OF COUNSEL
Case No. CV 03-01604 PJH