GERALD P. DODSON (CA SBN 139602)
ERICA D. WILSON (CA SBN 161386)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: GDodson@mofo.com

MARK BROWN (*pro hac vice*)
Law Office of Mark Brown, LLC
4700 Belleview #210
Kansas City, MO 64112
Telephone: (816) 268-8950
Facsimile: (816) 502-7898
Email: MBrownpatlaw@.aol.com

Attorneys for Defendants
RHS, INC., CSI WIRELESS, INC., and
HEMISPHERE GPS (formerly SATLOC LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIMBLE NAVIGATION LIMITED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RHS, INC., a Kansas corporation, CSI WIRELESS, INC., a Canadian corporation, and SATLOC INC., an Arizona corporation,<br><br>Defendants. | Case No.   C 03-01604 PJH (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Defendants RHS, INC., a Kansas corporation; CSI WIRELESS INC., a Canadian corporation; and HEMISPHERE GPS (formerly SATLOC LLC), an Arizona corporation be allowed to file their First Amended Answer to the Second Amended Complaint of Plaintiff TRIMBLE NAVIGATION LIMITED. Attached hereto as Exhibit A is a copy of Defendants' First Amended Answer to Plaintiff's Second Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: December 8, 2006 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  s/ Gerald P. Dodson  <br> Gerald P. Dodson |
| 4 | | Attorneys for Defendants |
| 5 | | RHS, INC., CSI WIRELESS INC., and HEMISPHERE GPS (formerly SATLOC LLC), |
| 6 | Dated: December 8, 2006 | COOPER & DUNHAM LLP |
| 7 | | |
| 8 | | By:  s/ William E. Pelton  <br> William E. Pelton |
| 9 | | Attorneys for Plaintiff TRIMBLE NAVIGATION LIMITED |

I, Gerald P. Dodson, am the ECF User whose ID and password are being used to file this **STIPULATION AND ORDER TO FILE FIRST AMENDED ANSWER TO SECOND AMENDED COMPLAINT.** In compliance with General Order 45, X.B., I hereby attest that William E. Pelton has concurred in this filing.

| | | |
|---|---|---|
| Dated: December 8, 2006 | | MORRISON & FOERSTER LLP |
| | By: | s/ Gerald P. Dodson  <br> Gerald P. Dodson |
| | | Attorneys for Defendants RHS, INC., CSI WIRELESS INC., and HEMISPHERE GPS (formerly SATLOC LLC) |

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED ANSWER TO 2ND AMENDED COMPLAINT  
CASE NO. CV 03-01604 PJH (EDL)  
pa-1114878

2

## ORDER

Defendants RHS, INC., CSI WIRELESS INC., and HEMISPHERE GPS (formerly SATLOC LLC), propose to amend their Answer and Counterclaim to Plaintiff Trimble Navigation Limited's ("Trimble") Second Amended Complaint. Plaintiff Trimble has stipulated to Defendants' filing of Defendants' First Amended Answer and Counterclaims to Plaintiff's Second Amended Complaint.

IT IS ORDERED that Defendants are granted leave to amend their answer and counterclaims to Trimble's Second Amended Complaint.

Dated: 12/12/06

_____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*