UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRIMBLE NAVIGATION LTD.,

    Plaintiff,

    v.

RHS INC., ET AL,

    Defendants.

                                  /

No. C 03-1604 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Having reviewed its current and projected law and motion calendar for the next month, the court has concluded that its upcoming calendar leaves insufficient time for the court to properly prepare for the parties upcoming joint claim construction hearing, and additionally fails to leave room on any given hearing day for the two to three hour time period that the court typically allows in a Markman hearing such as this one.

    Accordingly, the hearing on the parties' joint claim construction, which was previously set for April 11, 2007, at 9:00 a.m., has been CONTINUED to May 9, 2007, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    IT IS SO ORDERED.

Dated: March 28, 2007

PHYLLIS J. HAMILTON
United States District Judge