| | |
|---|---|
| 1 | GERALD P. DODSON (CA SBN 139602) |
| | ERICA D. WILSON (CA SBN 161386) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | Email: GDodson@mofo.com |
| 5 | |
| | MARK BROWN (*pro hac vice*) |
| 6 | Law Office of Mark Brown, LLC |
| | 4700 Belleview #210 |
| 7 | Kansas City, MO 64112 |
| | Telephone: (816) 268-8950 |
| 8 | Facsimile: (816) 502-7898 |
| | Email: MBrownpatlaw@.aol.com |
| 9 | |
| | Attorneys for Defendants |
| 10 | RHS, INC., CSI WIRELESS, INC., and |
| | HEMISPHERE GPS (formerly SATLOC LLC) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIMBLE NAVIGATION LIMITED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RHS, INC., a Kansas corporation, CSI WIRELESS, INC., a Canadian corporation, and SATLOC INC., an Arizona corporation,<br><br>Defendants. | Case No.   C 03-01604 PJH (EDL)<br>ORDER DENYING REQUEST<br>S~~TIPULATION AND~~<br>~~[PROPOSED] ORDER~~ TO TAKE DEPOSITIONS OF TRIMBLE'S WITNESSES AFTER DISCOVERY DEADLINE |

Pursuant to Local Rule for the United States District Court for the Northern District of California 6-1(a), Plaintiff Trimble Navigation Limited ("Trimble") and Defendants RHS, INC., a Kansas corporation; CSI Wireless Inc., a Canadian corporation; and Hemisphere GPS (formerly SATLOC LLC), an Arizona corporation (collectively "Defendants") file this stipulation to allow Defendants to take depositions of Trimble's witnesses, identified below, after the April 6, 2007 discovery deadline.

1   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Defendants
2  be allowed to depose Plaintiff Trimble Navigation Limited regarding the topics identified in
3  Defendants' Second Notice of Rule 30(b)(6) Deposition of Plaintiff Trimble Navigation Limited
4  after the April 6, 2007 discovery deadline.  The parties further acknowledge that the Deposition
5  of Mr. Arthur Lange will take place after the conclusion of the Rule 30(b)(6) deposition of
6  Trimble by Mr. Jim Green on April 6, and stipulate that Defendants shall be allowed to complete
7  the deposition of Mr. Arthur Lange after the April 6, 2007 discovery deadline should Trimble
8  end the deposition before a full seven hours of Mr. Lange's testimony on the record has been
9  taken.

11  Dated: April 5, 2007              MORRISON & FOERSTER LLP

13                                    By: /s/ Steven D. Tang
                                          Steven D. Tang

                                      Attorneys for Defendants
                                      RHS, INC., CSI WIRELESS INC., and
15                                    HEMISPHERE GPS (formerly SATLOC LLC)

17  Dated: April 5, 2007              COOPER & DUNHAM LLP

18                                    By: /s/ William E. Pelton
                                          William E. Pelton

                                      Attorneys for Plaintiff
20                                    TRIMBLE NAVIGATION LIMITED

1     I, Steven D. Tang, am the ECF User whose ID and password are being used to file this

2 **STIPULATION AND [PROPOSED] ORDER TO TAKE DEPOSITIONS OF**

3 **PLAINTIFF'S WITNESSES AFTER DISCOVERY DEADLINE.** In compliance with

4 General Order 45, X.B., I hereby attest that William E. Pelton has concurred in this filing.

6 Dated: April 5, 2007            MORRISON & FOERSTER LLP

8                                By:  /s/ Steven D. Tang
                                     Steven D. Tang

## ORDER

Plaintiff Trimble Navigation Limited ("Trimble") and Defendants RHS, Inc., CSI Wireless, Inc., and Hemisphere GPS (formerly SATLOC LLC) (collectively "Defendants") have stipulated that Defendants may depose Plaintiff Trimble Navigation Limited regarding the topics identified in Defendants' Second Notice of Rule 30(b)(6) Deposition of Plaintiff Trimble Navigation Limited after the April 6, 2007 discovery deadline. Trimble and Defendants have also stipulated that Defendants may depose Mr. Arthur Lange after the April 6, 2007 discovery deadline if the deposition scheduled for April 6, 2007 is terminated by Trimble before a full seven hours of testimony is taken on the record.

IT IS ORDERED that Defendants may depose Trimble regarding the topics identified in Defendants' Second Notice of Rule 30(b)(6) Deposition of Plaintiff Trimble Navigation Limited after the April 6, 2007 discovery deadline. IT IS ALSO ORDERED that Defendants may depose Mr. Arthur Lange after the April 6, 2007 discovery deadline if the deposition scheduled for April 6, 2007 is terminated by Trimble before a full seven hours of testimony is taken on the record.

Dated: April 6, 2007

**DENIED**
Judge Phyllis J. Hamilton

PHYLLIS J. HAMILTON
United States District Judge

THE PARTIES MAY STIPULATE TO WHATEVER THEY WISH, BUT THE COURT DOES NOT ORDER DISCOVERY BE TAKEN AFTER THE DISCOVERY CUT-OFF DATE SET BY THE COURT.