**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIMBLE NAVIGATION LIMITED,<br><br>   Plaintiff,<br><br> v.<br><br>RHS INC. ET AL,<br><br>   Defendant.<br> _____ / | No. C-03-01604 PJH (EDL)<br><br>**ORDER RE DISCOVERY** |

With the close of discovery, the parties have filed eight discovery motions noticed for May 15 and May 22, 2007. From an initial review of the motions, it appears to the Court that the parties have not sufficiently engaged in a good faith effort to resolve the issues. Accordingly, lead counsel for the parties are hereby ordered to promptly meet and confer to resolve the issues, in person or, if extremely difficult to do so due to preexisting commitments that cannot be changed, by telephone. If the parties are unable to resolve the issues, the parties shall notify the Court and lead counsel shall appear for a discovery conference on May 1, 2007 at 1:30, in Courtroom E of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: April 20, 2007

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge