```
John L. Cooper (State Bar No. 050324)
Gace K. Won (State Bar No. 178258)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
TRIMBLE NAVIGATION LIMITED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIMBLE NAVIGATION LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>RHS, INC., a Kansas corporation; CSI WIRELESS INC., a Canadian corporation; and SATLOC INC., an Arizona corporation,<br><br>Defendants. | Case No.  CV 03-01604 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING FARELLA BRAUN & MARTEL LLP AS COUNSEL FOR PLAINTIFF TRIMBLE NAVIGATION LIMITED, A CALIFORNIA CORPORATION** |

## STIPULATION

The undersigned party and counsel hereby stipulate that Plaintiff Trimble Navigation Limited, a California corporation ("Trimble") has retained John L. Cooper and the law firm of Farella Braun & Martel LLP whose address is 235 Montgomery Street, 18th Floor, San Francisco, California 94104, whose telephone number is (415) 954-4410, and whose email address is jcooper@fbm.com to represent them in place of Douglas R. Schwartz and Charlene Drummer and the law firm of Schwartz & Cera LLP.  Trimble hereby requests the Court to permit Farella Braun & Martel LLP to substitute as counsel of record for Schwartz & Cera on Trimble's behalf.

The law firm of Cooper & Dunham LLP, 1185 Avenue of the Americas, New York, New York 10036 and particularly William E. Pelton (pro hac vice), Eric D. Kirsch (pro hac vice), and Paul Teng (pro hac vice) shall remain as counsel of record for Plaintiff Trimble.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING FBM AS COUNSEL
Case No. C-03-00637 PJH

22101\1237073.1

1    IT IS SO STIPULATED.

2    I consent to this substitution of counsel:

3    Dated: April 26, 2007                By: /s/ James M. Janky

4                                         James M. Janky
                                          TRIMBLE NAVIGATION LIMITED

5

6    I consent to this substitution and am admitted to the bar of this Court:

7    Dated: April 25, 2007                FARELLA BRAUN & MARTEL LLP

8

9                                         By: /s/ John L. Cooper
10                                        John L. Cooper

11                                        Attorneys for Plaintiff
                                          TRIMBLE NAVIGATION LIMITED
12

13   I consent to this substitution of counsel:

14   Dated: April __, 2007                SCHWARTZ & CERA LLP

15

16                                        By:_____
                                          Douglas R. Schwartz
17
                                          Former Attorneys for Plaintiff
18                                        TRIMBLE NAVIGATION LIMITED

19

20                              [PROPOSED] ORDER

21   IT IS SO ORDERED.

22   Dated: April __, 2007                By:_____
                                          THE HON. PHYLLIS J. HAMILTON
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING FBM AS COUNSEL
Case No. C-03-00637 PJH

- 2 -

22101\1237073.1

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

I consent to this substitution of counsel:

Dated: April __, 2007                By: _____
                                         James M. Janky
                                         TRIMBLE NAVIGATION LIMITED

I consent to this substitution and am admitted to the bar of this Court:

Dated: April 25, 2007                FARELLA BRAUN & MARTEL LLP

                                     By: /s/ John L. Cooper
                                         John L. Cooper

                                         Attorneys for Plaintiff
                                         TRIMBLE NAVIGATION LIMITED

I consent to this substitution of counsel:

Dated: April 25, 2007                SCHWARTZ & CERA LLP

                                     By: /s/ Douglas R. Schwartz
                                         Douglas R. Schwartz

                                         Former Attorneys for Plaintiff
                                         TRIMBLE NAVIGATION LIMITED

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: April 27, 2007                By: _____
                                         THE HON. PHYLLIS J. HAMILTON
                                         UNITED STATES

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signed stamp, United States District Court, Northern District of California)*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING FBM AS COUNSEL
Case No. C-03-00637 PJH

- 2 -

22101\1237073.1