UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIMBLE NAVIGATION LIMITED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RHS, INC., a Kansas corporation, CSI WIRELESS, INC., a Canadian corporation, and SATLOC INC., an Arizona corporation,<br><br>Defendants. | Case No.    C 03-01604 PJH (EDL)<br><br>[PROPOSED] STIPULATED ORDER ESTABLISHING PRETRIAL DEADLINES AND TRIAL DATES<br><br>Honorable:  Phyllis J. Hamilton |

        As directed by the Court at the Further Case Management Conference conducted on May 3, 2007, and pursuant to the Court's May 3, 2007 Civil Minutes (Dkt. No. 219), the Parties submit the following stipulated Order extending some of the pretrial deadlines and establishing the trial date as follows:

////

////

////

////

////

////

////

////

////

////

////

////

////

**PRETRIAL SCHEDULE AND TRIAL DATES**

| | |
|---|---|
| Exchange of Opening Expert Reports | June 8, 2007 |
| Exchange of Rebuttal Expert Reports | June 22, 2007 |
| Expert Discovery Cut-Off | July 6, 2007 |
| Dispositive Motions Filed | July 11, 2007 |
| Opposition Briefs to Dispositive Motions | July 25, 2007 |
| Reply Briefs on Dispositive Motions | August 1, 2007 |
| Hearing on Dispositive Motions | August 15, 2007 |
| Pretrial Disclosures to be Filed By | September 13, 2007 |
| Oppositions to Motions in Limine to be Filed By | September 27, 2007 |
| Pretrial Conference | October 11, 2007 – 2:30 pm |
| Jury Trial | October 29, 2007 – 8:30 am (for 12 days) |

Dated: May 8, 2007      By:     /s/ Gerald P. Dodson

Gerald P. Dodson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone:  650-813-5600
Facsimile:  650-494-0792
Email:  GDodson@mofo.com

Attorneys for Defendant(s)
RHS, INC., CSI WIRELESS, INC. and
HEMISPHERE GPS (formerly
SATLOC LLC)

Dated: May 8, 2007      By:     /s/ John L. Cooper

John L. Cooper
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 18th Floor
San Francisco, CA  94104
Telephone:  415-954-4410
Facsimile:  415-954-4480
Email:  jcooper@fbm.com

Attorneys for Plaintiff
TRIMBLE NAVIGATION LIMITED

**IT IS SO ORDERED:**

Dated: _____05/09/07_____

_____
J. HAMILTON
District Court Judge

Judge Phyllis J. Hamilton

1    I, STEVEN D. TANG, am the ECF User whose ID and password are being used to file

2   this [PROPOSED] STIPULATED ORDER ESTABLISHING PRETRIAL DEADLINES AND

3   TRIAL DATES. In compliance with General Order 45, X.B., I hereby attest that Gerald P.

4   Dodson and John L. Cooper has concurred on this filing.

5
6        Dated: May 8, 2007

7                                                     MORRISON & FOERSTER LLP

8                                                     By:  /s/ Steven D. Tang
                                                          Steven D. Tang
9