UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRIMBLE NAVIGATION LIMITED,

    Plaintiff,

    v.

RHS INC., et al.,

    Defendants.

_____/

No. C 03-1604 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on plaintiff's motion in limine to preclude excerpts from certain expert reports and testimony, which was previously set for August 1, 2007, at 9:00 a.m., has been CONTINUED to August 15, 2007 at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED**.

Dated: July 13, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge