**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8   TRIMBLE NAVIGATION LIMITED,              No. C-03-01604 PJH (JCS)

9            Plaintiff(s),

10       v.                                  **NOTICE AND ORDER SETTING**
                                             **FURTHER SETTLEMENT CONFERENCE**
11  RHS, INC., ET AL.,

12           Defendant(s).
    _____/

13

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15       You are hereby notified that a Further Settlement Conference is scheduled for **September**

16  **27, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,

17  California 94102.

18       Lead trial counsel shall appear at the Settlement Conference with the parties and persons

19  having unlimited authority to negotiate and settle the case.

20       Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case

21  settles prior to the date set for the Further Settlement Conference.  All other provisions of this

22  Court's July 20, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain

23  in effect.

24       IT IS SO ORDERED.

25

26  Dated: September 20, 2007

27                                           _____
                                             JOSEPH C. SPERO
                                             United States Magistrate Judge
28