| | |
|---|---|
| John L. Cooper (State Bar No. 050324) | Gerald P. Dodson (State Bar No. 139602) |
| Grace K. Won (State Bar No. 178258) | Erica D. Wilson (State Bar No. 161386) |
| Nan E. Joesten (State Bar No. 191288) | MORRISON & FOERSTER, LLP |
| Lucas W. Huizar (State Bar No. 227111) | 755 Page Mill Road |
| FARELLA BRAUN & MARTEL LLP | Palo Alto, CA 94304-1018 |
| 235 Montgomery Street, 17th Floor | Telephone: (650) 813-5600 |
| San Francisco, CA 94104 | Facsimile: (650) 494-0792 |
| Telephone: (415) 954-4400 | |
| Facsimile: (415) 954-4480 | Attorneys for Defendants |
| | RHS, INC., HEMISPHERE GPS INC. |
| William E. Pelton (*pro hac vice*) | (formerly CSI WIRELESS INC.) and |
| Eric D. Kirsch (*pro hac vice*) | HEMISPHERE GPS LLC (formerly |
| Paul Teng (*pro hac vice*)\ | SATLOC LLC) |
| COOPER & DUNHAM LLP | |
| 1185 Avenue of the Americas | |
| New York, NY 10036 | |
| Telephone: (212) 278-0400 | |
| Facsimile: (212) 391-0526 | |

Attorneys for Plaintiff
TRIMBLE NAVIGATION LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIMBLE NAVIGATION LIMITED, | Case No. CV 03-01604 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | |
| RHS, INC., a Kansas corporation; CSI WIRELESS INC., a Canadian corporation; and SATLOC INC., an Arizona corporation, | |
| Defendants. | |

WHEREAS on September 27, 2006, Plaintiff Trimble Navigation Ltd. ("Trimble") and Defendants RHS, Inc., Hemisphere GPS Inc. (formerly known as CSI Wireless Inc.) and Hemisphere GPS LLC (formerly known as Satloc LLC) (collectively "Hemisphere") executed a Confidential Settlement Agreement, Mutual Release, and Covenant Not to Sue (the "Agreement") finally resolving all claims and counterclaims in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION OF DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER
Case No. CV 03-01604 PJH

22101\1353466.1

through their respective counsel, as follows:

      i)    Pursuant to Fed. R. Civ. P. 41 (a) and (c), this action (including all claims, defenses and counterclaims) is DISMISSED WITH PREJUDICE.

      ii)    Each party shall bear its own costs and attorneys' fees incurred herein.

SO STIPULATED.

Dated: September 27, 2007    FARELLA BRAUN & MARTEL LLP

By:  /s/ Nan E. Joesten
     Nan E. Joesten

Attorneys for Plaintiff
TRIMBLE NAVIGATION LIMITED

Dated: September 27, 2007    MORRISON & FOERSTER LLP

By:  /s/ Erica D. Wilson
     Erica D. Wilson

Attorneys for Defendants
RHS, INC., HEMISPHERE GPS INC. (formerly CSI Wireless Inc.), and HEMISPHERE GPS LLC (formerly Satloc LLC)

I, Nan E. Joesten, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER. In compliance with General Order 45, X.B, I hereby attest that Erica D. Wilson has concurred in this filing.

Dated: September 27, 2007    FARELLA BRAUN & MARTEL LLP

By:  /s/ Nan E. Joesten
     Nan E. Joesten

Attorneys for Plaintiff
TRIMBLE NAVIGATION LIMITED

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. CV 03-01604 PJH

- 2 -

22101\1353466.1

Case 4:03-cv-01604-PJH   Document 425   Filed 09/28/07   Page 3 of 3

1  Based on the Confidential Settlement Agreement, Mutual Release, and Covenant Not to
2  Sue amongst the parties, the Stipulation of Dismissal with Prejudice, and for good cause:
3  IT IS HEREBY ORDERED that:
4  The above-captioned action including all claims, defenses and counterclaims, is dismissed
5  in its entirety WITH PREJUDICE.
6  Dated: 9/28/07

_____
Hon. Phyllis J. [Hamilton]
United [States District Judge]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. CV 03-01604 PJH

- 3 -

22101\1353466.1